E-FILED
Tuesday, 04 August, 2009  02:48:32 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ALAN NOLTENSMEIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 009-C- |
| Vs. | ) |
| | ) Plaintiff demands trial by Jury |
| MOVE PLUS RELOCATION SERVICE | ) |
| INC., AND OBMAR D. KABA, | ) |
| | ) |
| Defendants. | ) |

## **COMPLAINT**

NOW COMES Plaintiff, ALAN NOLTENSMEIER, by Nolan Lipsky, his attorney and for his complaint against Defendants MOVE PLUS RELOCATION SERVICE INC. AND OBMAR D. KABA, alleges and states as follows:

1. That Plaintiff is a citizen of the State of Illinois and resides at 10267 East CR 200 N., Chandlerville, Illinois 62627.

2. That Defendant MOVE PLUS RELOCATION SERVICE INC. (hereinafter called Move Plus) is a corporation of the State of California with its principal office located at 7949 Stomera Court, San Diego, California 92126.

3. That Defendant OBMAR D. KABA is a citizen of the State of Ohio and resides at 4758 Karl Road, Columbus, Ohio 43229.

4. That on August 8, 2007 at 5;35 p.m. on State Road 38 at or near its intersection with Centerville Road North, Centerville, Wayne County, Indiana, Defendant Obmar D. Kaba, a truck driver employed by Defendant Move Plus or under the control and supervision of Defendant Move Plus, was driving in the scope and course of his employment, a 2005 Freightliner truck with attached trailer, which said truck was leased by Defendant Move Plus; that at said time and place Defendant Kaba negligently failed to cause the truck to stop at a stop sign located upon the northbound lane of traffic at the aforesaid intersection causing the truck

driven by Plaintiff to collide with Defendant's truck and trailer.

5.      That as a result of the collision Plaintiff sustained a head injury and a macerated avulsion laceration to his left auricle, a permanent left-sided hearing loss, vertigo and a decrease in his sense of smell.

6.      That Plaintiff also as a result of the collision lost income, suffered physical and mental pain, incurred medical expenses, and will continue to incur such expenses in a sum in excess of $75,000.00.

7.      That the amount in controversy, without interest and costs, exceeds the sum or value of $75,000.00 as required by 28 U.S.C.A. Sec. 1332.

WHEREFORE Plaintiff demands judgment against Defendants in a sum in excess of $75,000.00 plus costs.

Dated   August 4, 2009

                                                        /s/ Nolan Lipsky

NOLAN LIPSKY
Atty. Reg. #1673556
Attorney for Plaintiff
120 E. Jackson Street
Petersburg, IL  62675
Telephone:  217-632-2612